PD-1382&1383-15

NO._____

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JORGE CORDERO-VARELA

FILED IN
COURT OF CRIMINAL APPEALS

OCT 2? 2015

Abel Acosta, Clerk

V.

THE STATE OF TEXAS

From Appeal No's. 12-15-00213-CR & 12-15-00214-CR

Trial Cause No's. 114-0766-12 & 114-0767-12

Smith County

**FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Jorge Cordero-Varela, Petitioner, and files this motion for an extension of sixty (60) days in which to file a petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I

The Petitioner was convicted in the 114th District

Court of Smith County, Texas of the offenses of Intoxication Manslaughter and Intoxication Assault in cause No's. 114-0766-12 and 114-0767-12, Styled State of Texas vs. Jorge Cordero-Varela. The Petitioner appealed to the Court of Appeals, Twelfth Supreme Judicial District. The cases were dismissed for want of jurisdiction on September 30, 2015.

## II

The present deadline for filing the petition for Discretionary Review is October 30, 2015. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in dismissal of his case until October 5th, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. Petitioner filed his appeal pro se so at this time he is filing his Petition for Discretionary Review on his own behalf, Pro se.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case No. _____ to Dec. 28th, 2015.

Jorge Cordero-Varela #1812141
Petitioner, Pro se
Texas Department of Criminal Justice
O.L. Luther Unit
Navasota, Texas, 77868

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing first Motion for Extension of time to file a Petition for Discretionary Review, has been forwarded by U.S. mail, first class, to the Attorney for State, Matt Bingham, at 100 N. Broadway, 2nd Fl, Tyler, Texas 75702, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 16th day of October, 2015.

Jorge Cordero-Varela
Petitioner, pro se

I, Jorge Cordero-Varela, TDCJ #1812141, being presently incarcerated in the O.L. Luther unit of the Texas Department of Criminal Justice in Grimes County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 16th day of October, 2015.

Jorge Cordero Varela
Jorge Cordero-Varela
TDCJ #1812141